AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Erickson, Ralph R. | District of North Dakota | 05/10/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge--Active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Quentin Burdick US Courthouse 655 1st Ave. N., Ste. 410 Fargo, ND 58102-4952 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/15/88 | 401K Ohnstad Twichell, P.C. |
| 2. 2/15/93 | NDPERS County Retirement Plan |
| 3. 1/02/05 | NDPERS State Judicial Retirement Plan |
| 4. 12/31/96 | 457(b) Plan State of North Dakota |

Erickson, Ralph R.

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2010 | Self-employed Optometrist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AWSHX | A | Dividend | J | T | | | | | |
| 2. Lsi Logic Corp. | | None | J | T | | | | | |
| 3. Intel, Inc., common stock | A | Dividend | J | T | | | | | |
| 4. Alcatel Lucent common stock | | None | J | T | | | | | |
| 5. Oakmark Select, mutual fund | A | Dividend | J | T | | | | | |
| 6. Proctor & Gamble, common stock | A | Dividend | J | T | | | | | |
| 7. Wells Fargo & Co., common stock | A | Dividend | J | T | | | | | |
| 8. PIMCO High Yield Fund #108, Alerus Financial (SEP IRA) PHIYX | A | Dividend | | | Sold | 02/17/09 | J | | |
| 9. Federated Total Return Bond fund 328 | A | Dividend | | | Buy | 02/19/09 | J | | |
| 10. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 04/06/09 | J | | |
| 11. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 04/24/09 | J | | |
| 12. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 06/04/09 | J | | |
| 13. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 07/09/09 | J | | |
| 14. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 15. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 08/10/09 | J | | |
| 16. Federated Total Return Bond Fund 328 | | None | | | Buy (add'l) | 10/06/09 | J | | |
| 17. Federated Total Return Fund 328 | | None | | | Buy (add'l) | 12/21/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Total Return Fund 328 | | None | | | Sold | 12/31/09 | J | | |
| 19. Federated Kaufmann Small Cap Alerus SEP IRA SEP IRA FKASX | | None | | | Sold (part) | 01/21/09 | J | | |
| 20. Federated Kaufmann Small Cap Alerus SEP | | None | | | Buy (add'l) | 04/21/09 | J | | |
| 21. Federated Kaufmann Small Cap Alerus SEP | | | | | Sold | 05/29/09 | J | | |
| 22. Goldman Sachs Real Estate Securities Fund #639 SEP IRA GREIX | A | Dividend | | | Buy (add'l) | 01/06/09 | J | | |
| 23. Goldman Sachs Real Estate Securities Fund | | None | | | Buy (add'l) | 02/19/09 | J | | |
| 24. Goldman Sachs Real Estate Securities Fund | | None | | | Sold | 11/17/09 | J | | |
| 25. Pimco Commodity Real Return Strategy Fund Inst. #45 SEP | A | Dividend | | | Sold (part) | 12/21/09 | J | | |
| 26. Pimco Commodity Real Return Strategy Fund | | | | | Sold | 12/31/09 | J | | |
| 27. Vanguard 500 Index Signal Shares Fund 1340 (Alerus SEP) | A | Dividend | | | Buy (add'l) | 12/21/09 | J | | |
| 28. Vanguard 500 Index Signal Shares Fund 1340 | | | | | Sold | 12/31/09 | L | | |
| 29. Fidelity Investors Diversified Int. Fd. Alerus SEP FDVIX | A | Dividend | | | Buy (add'l) | 01/06/09 | J | | |
| 30. Fidelity Investors Diversified Int. Fund | | | | | Buy (add'l) | 02/19/09 | J | | |
| 31. Fidelity Investors Diversified Int. Fund | | | | | Buy (add'l) | 04/06/09 | J | | |
| 32. Fidelity Investors Diversified Int. Fund | | | | | Buy (add'l) | 04/21/09 | J | | |
| 33. Fidelity Investors Diversified Int. Fund | | | | | Sold | 07/22/09 | K | | |
| 34. Fidelity Advisor Intl. Discovery Fund 1 | A | Dividend | | | Buy | 07/07/09 | J | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | T3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Intl. Discovery Fund 1 | | | | | Buy (add'l) | 07/22/09 | K | | |
| 36. Fidelity Advisor Intl. Discovery Fund 1 | | | | | Sold (part) | 12/21/09 | J | A | |
| 37. Fidelity Advisor Intl. Discovery Fund 1 | | | | | Sold | 12/31/09 | J | A | |
| 38. Northern Instutional Funds Prime Obligations Alerus SEP | A | Interest | M | T | Buy (add'l) | 12/31/09 | M | | |
| 39. Dimensional US Small Cap Value Fund (Alerus SEP) | A | Dividend | | | Buy (add'l) | 02/19/09 | J | | |
| 40. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Buy (add'l) | 03/19/09 | J | | |
| 41. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Sold (part) | 04/15/09 | J | | |
| 42. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Buy (add'l) . | 06/19/09 | J | | |
| 43. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Sold (part) | 07/21/09 | J | | |
| 44. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Sold (part) | 10/20/09 | J | | |
| 45. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Sold (part) | 12/21/09 | J | | |
| 46. Dimensional US Small Cap Value Fund (Alerus SEP) | | | | | Sold | 12/31/09 | K | | |
| 47. Janus Advisor Mid Cap Growth (Alerus SEP)1 | | | | | Sold (part) | 01/21/09 | J | | |
| 48. Janus Advisor Mid Cap Growth (Alerus SEP) 1 | A | Dividend | | | Merged (with line 49) | 07/06/09 | K | | |
| 49. Janus Enterprise Fund Cl 1 | A | Dividend | | | Open | 07/06/09 | K | | |
| 50. Janus Enterprise Fund Cl 1 | | | | | Sold (part) | 12/21/09 | J | | |
| 51. Janus Enterprise Fund Cl 1 | | | | | Sold | 12/31/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Riversource Mid Cap Value R5 (Alerus SEP) | A | Dividend | | | Sold (part) | 12/21/09 | J | | |
| 53. Riversource Mid Cap Value R5 (Alerus SEP) | A | Dividend | | | Sold | 12/31/09 | K | | |
| 54. Buffalo Small Cap FD Inc. (Alerus Sep) | A | Dividend | | | Buy | 05/19/09 | J | | |
| 55. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Buy (add'l) | 01/29/09 | J | | |
| 56. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Sold (part) | 07/21/09 | J | A | |
| 57. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Buy (add'l) | 09/04/09 | J | | |
| 58. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Buy (add'l) | 09/21/09 | J | | |
| 59. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Buy (add'l) | 10/06/09 | J | | |
| 60. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Buy (add'l) | 11/19/09 | J | | |
| 61. Buffalo Small Cap FD Inc. (Alerus SEP) | | | | | Buy (add'l) | 12/04/09 | J | | |
| 62. Buffalo Small Cap FD Inc (Alerus SEP) | | | | | Sold (part) | 12/21/09 | J | A | |
| 63. Buffalo Small Cap FD Inc (Alerus SEP) | | | | | Sold | 12/31/09 | J | A | |
| 64. Cohen & Steers Institutional Global Realty Fund Class 1 | A | Dividend | | | Buy | 10/06/09 | J | | |
| 65. Cohen & Steers Institutional Global Realty Fund Class 1 | | | | | Buy | 12/21/09 | J | | |
| 66. Cohen & Steers Institutional Global Realty Fund Class 1 | A | Dividend | | | Sold | 12/31/09 | J | | |
| 67. Federated Capital Reserve Fund. State Bank & Trust (X) 401K | A | Interest | K | T | | | | | |
| 68. ING Aetna 457(b) ING (Aetna) VP Index Plus Large Cap. | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ING Aetna 457(b) Fidelity VIP Growth Portfolio 109 | A | Int./Div. | K | T | | | | | |
| 70. ING Aetna 457(b) T.Rowe Price MC Gr-Init-449 | A | Int./Div. | J | T | | | | | |
| 71. ING Aetna 457(b) Oppenheimer Global Pt-Init-432 | A | Int./Div. | J | T | | | | | |
| 72. Gate City Savings—Savings Account | A | Interest | J | T | | | | | |
| 73. Digital Broadcast Corporation | | None | J | W | | | | | |
| 74. Phoenix Life Insurance Policy Trust #1 | D | Int./Div. | | | Distributed | 12/29/09 | M | | |
| 75. Guardian Insurance Trust #1 | | | M | T | Buy | 12/29/09 | M | | |
| 76. Guardian Insurance [____] Life Insurance Cash Value) | D | Dividend | L | T | | | | | |
| 77. Guardian Insurance (Cash Value) | C | Dividend | L | T | | | | | |
| 78. Guardian Insurance (Cash Value) | C | Dividend | K | T | | | | | |
| 79. Jackson National Life [____] Life Insurance) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII Investments and Trusts. Lines 9 through 18. Federated Total Return Bond Fund 328. Various amounts of shares were bought and sold on the dates indicatied The entire holding was liquidated on December 31, 2009 as is indicated in line 18. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII. Investments and Trusts. Lines 19 through 21. Federated Kaufman Small Cap Fund. Various amounts of shares were bought and sold on the dates indicated. The entire remaining holding was liquidated on May 29, 2009 as indicated on Line 21.

VII. Investments and Trusts. Lines 22 through 24. Goldman Sachs Real Estate Securities Fund. Various amounts of shares were bought and sold on the dates indicated. The entire remaining holding was liquidated on November 17, 2009 as indicated on Line 24.

VII Investments and Trusts. Lines 25 through 26. Pimco Commodity Real Return Strategy Fund Various amounts of shares were sold on the dates indicated. The entire holding was liquidated on December 31, 2009 as is indicated in line 26. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII Investments and Trusts. Lines 27 through 28. Vanguard 500 Index Signal Shares Fund. Various amounts of shares were bought on December 21, 2009 . The entire holding was liquidated on December 31, 2009 as is indicated in line 28. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII Investments and Trusts. Lines 29 through 33. Fidelity Investors Diversified International Fund. Various amounts of shares were bought and sold on the dates indicated. The entire holding was liquidated on December 31, 2009 as is indicated in line 33. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII Investments and Trusts. Lines 34 through 37. Fidelity Advisors International Discovery Fund 1. Various amounts of shares were bought and sold on the dates indicated. The entire holding was liquidated on December 31. 2009 as is indicated in line 37. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII Investments and Trusts. Lines 39 through 46. Dimensional US Small Cap Value Fund. Various amounts of shares were bought and sold on the dates indicated. The entire holding was liquidated on December 31, 2009 as is indicated in line 46. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII. Investments and Trusts. Line 48. Janus Advisor Mid Cap Growth Fund was exchanged for Janus Enterprise Cl 1 on July 6, 2009.

VII Investments and Trusts. Lines 49 through 51. Janus Enterprise Cl 1 Fund. Various amounts of shares were bought and sold on the dates indicated. The entire holding was liquidated on December 31, 2009 as is indicated in line 51. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII Investments and Trusts. Lines 54 through 63. Buffalo Small Cap FD Inc.. Various amounts of shares were bought and sold on the dates indicated. The entire holding was liquidated on December 31. 2009 as is indicated in line 63. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII Investments and Trusts. Lines 64 through 67. Cohen & Steers Institutional Global Fund . Various amounts of shares were bought and sold on the dates indicated. The entire holding was liquidated on December 31, 2009 as is indicated in line 67. All holdings in the SEP were liquidated and transferred to the Northern Institutions Prime Funds Prime Obligations Account as indicated on Line 38 in anticipation of restatement of [          ] retirement plan.

VII. Investments and Trusts. Lines 74 and 75. Section 1035 exchange between Phoenix Life Insurance and Guardian Mutual took place on December 29. 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Erickson, Ralph R. | 05/10/2010 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544